**RECEIVED**

AUG 1 3 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**
_Eastern_ **DIVISION**

_Nyeere-Bey_ )
)
)
)
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
vs )
)
_St. Louis County Police_ )
)
)
)
)
)
)
)
)
)
(Enter above the full name of **ALL** Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the <u>complaint</u> )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

Case No. _____
(To be assigned by Clerk
of District Court)

_Jury trial_

## COMPLAINT

1.   State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_Federal Copwrite and UCC 1-3 agreements were not upheld and me the flesh and blood living human being suffered great losses and emotional damages because of the acts of St. Louis County Police force._

II.   Plaintiff, _Nycere Bly_____ resides at

_6 44 Bugle Run Drive_, _Florissant,_ _____,
street address                                    city                         county

_Mo._____, _63034_, _(314) 358-3613_
state                    zip code                telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

_____

_____

_____

_____

III.  Defendant, _St. Louis County Police_ lives at, or its business is located at

_7900 Forsyth_____, _Clayton_ Rd, _____,
street address                                    city                         county

_Mo._____, _63105_.
state                    zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

_____

2

IV.   Statement of claim (State as briefly as possible the facts of your case.  Describe how each
defendant is involved.  You must state exactly what each defendant personally did, or
failed to do, which resulted in harm to you. Include also the names of other persons
involved, dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

St. Louis County Police ignored the fact
that I told them. I am now a soverign secure party
for the Curtis Lamarr Flanagan Corporation which
means I have a lien on my old name and my social
security number, Knowing this they still wrote me
tickets for court and they even participated in
kidnapping me, violated my Sixth amendment
right is what they did and falsely imprisned me for
four days

3

V.    Relief:  State briefly and exactly what you want the Court to do for you.

I would like the court to order St. Louis County police to pay money for copy write enfringement and kidrapping of a Soverign Moor. A sum of $10,000.00 dollars for every night I spent in their institution.

VI.   **MONEY DAMAGES:**

**A)**    Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [✓]                            NO [ ]

**B)**    If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

I'm the secure party benefibrary for Curtis Lamar Flanagan and I suffer great anxiety when I was incarsurated.

VII.   Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   YES [ ]                            NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of July 20 ___, 20 12

Nyeere Bey
All rights Resqued

                              Signature of Plaintiff(s)

4